740

158 A.3d 1229

Lisa COPNEY, as Administratix of the Estate of Lawrence Copney Jr., Petitioner

v.

Edward MA, M.D., UPMC St. Margaret, and UPMC, Inc., Respondents

No. 175 WAL 2016

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.